1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile: (916) 554-2900
5
   Attorneys for Defendants
6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | JERRY L. GRENIER,           | Case No. 2:12-cv-00258 KJM GGH PS |
12 |     Plaintiff,               | **NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |
13 |     v.                       |                                    |
14 | NICOLA O. GOREN,             |                                    |
15 |     Defendants.              |                                    |

17      NOTICE IS HEREBY GIVEN that on April 9, 2012, Wendy Spencer became the Chief

18 Executive Officer of the Corporation for National and Community Service. Accordingly,

19 pursuant to Fed. R. Civ. P. 25(d), Wendy Spencer will be substituted as defendant in place of

20 Nicola O. Goren (named in original complaint) and Robert Velasco II (named in amended

21 complaint), and all further proceedings in this action shall be in the substituted party's name. All

22 of the state causes of action require a suit against the entity, or an official in his or her official

23 capacity.

24 /////

25 /////

26 /////

27 /////

28 /////

1 | DATED:  June 7, 2012 BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE

Assistant United States Attorney

**IT IS SO ORDERED.**

Date:  June 13, 2012                    /s/ Gregory G. Hollows
United States Magistrate Judge

NOTICE OF SUBSTITUTION OF
DEFENDANT AND ORDER