BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY L. GRENIER,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLA O. GOREN,<br><br>    Defendants. | Case No. 2:12-cv-00258 KJM GGH PS<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that on April 9, 2012, Wendy Spencer became the Chief Executive Officer of the Corporation for National and Community Service. Accordingly, pursuant to Fed. R. Civ. P. 25(d), Wendy Spencer will be substituted as defendant in place of Nicola O. Goren (named in original complaint) and Robert Velasco II (named in amended complaint), and all further proceedings in this action shall be in the substituted party's name. All of the state causes of action require a suit against the entity, or an official in his or her official capacity.

/////

/////

/////

/////

/////

NOTICE OF SUBSTITUTION OF
DEFENDANT AND ORDER

| | | |
|---|---|---|
| DATED:  June 7, 2012 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | */s/ Lynn Trinka Ernce* |
| LYNN TRINKA ERNCE | | Assistant United States Attorney |

**IT IS SO ORDERED.**

Date:  June 13, 2012                              /s/ Gregory G. Hollows
                                                                 United States Magistrate Judge

NOTICE OF SUBSTITUTION OF
DEFENDANT AND ORDER