IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY L. GRENIER,

    Plaintiff,                         NO. 2:12-cv-0258 KJM GGH PS

    vs.

WENDY SPENCER,

    Defendant.                        ORDER

        Defendant's motion to dismiss presently is calendared for hearing on September 27, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The September 27, 2012 hearing on the motion to dismiss, filed August 17, 2012, is vacated; and

        2. The motion is submitted on the record.

DATED: September 18, 2012

                                    /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:076:Grenier0258.vac.wpd

1