BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY L. GRENIER,<br><br>Plaintiff,<br><br>v.<br><br>WENDY SPENCER, Chief Executive Officer of the Corporation for National and Community Service,<br><br>Defendant. | Case No. 2:12-cv-00258 KJM GGH PS<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO <u>THIRD</u> AMENDED COMPLAINT** |

The parties hereby stipulate and agree that the time for defendant to respond to plaintiff's third amended complaint (Docket 24), shall be extended to March 26, 2013.

DATED: February 19, 2013         BENJAMIN B. WAGNER
                                  United States Attorney
                             By:  /s/ Lynn Trinka Ernce
                                  LYNN TRINKA ERNCE
                                  Assistant United States Attorney

DATED: February 19, 2013         /s/ Jerry L. Grenier
                                  JERRY L. GRENIER
                                  Plaintiff

**IT IS SO ORDERED.**

DATED: February 27, 2013         /s/ Gregory G. Hollows

                                  _____
                                  United States Magistrate Judge

Stipulation For Extension Of Time To Respond
To <u>Third</u> Amended Complaint; Order